Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff Jacqueline D. Taylor

Chelsea L. Diaz
cdiaz@dollamir.com
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Phone (310) 557-9100
Fax (310) 557-9101

Attorneys for Defendant Bluestem Brands, Inc. D/B/A Fingerhut

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE TAYLOR, | Case No. 3:15-cv-02054 |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | ANTHONY J. BATTAGLIA |
| BLUESTEM BRANDS, INC. D/B/A FINGERHUT, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 29, 2016 for filing a joint dismissal.

///

///

///

| | |
|---|---|
| Dated March 14, 2016 | /s/ Patric A. Lester<br>Patric A. Lester<br>Attorney for Plaintiff,<br>Jacqueline Taylor |
| Dated March 14, 2016 | /s/ Chelsea L. Diaz<br>Chelsea L. Diaz<br>Attorney for Defendant,<br>Bluestem Brands, Inc. D/B/A<br>Fingerhut |

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chelsea L. Diaz, counsel for Defendant, and that I have obtained Chelsea L. Diaz's authorization to affix his/her electronic signature to this document.

| | |
|---|---|
| Dated March 14, 2016 | */s/ Patric A. Lester*<br>Patric A. Lester<br>Attorney for Plaintiff, |

Re: *Jacqueline Taylor v. Bluestem Brands, Inc. D/B/A Fingerhut*,
Case No.3:15-cv-02054
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **NOTICE OF SETTLEMENT** on the interested parties in said case as follows:

Chelsea L. Diaz
Hunter R. Eley
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Attorneys for: Bluestem Brands, Inc. d/b/a Fingerhut

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2016

/s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff,
Jacqueline Taylor